UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

KEVIN HARRIS,

    *Plaintiff*,

v.                                                Case No. 2:05-cv-198
                                                     HON. R. ALLAN EDGAR

NANCY HULKOFF,

    *Defendant*.

_____/

## **ORDER**

On August 30, 2006, plaintiff Kevin Harris made a motion for temporary restraining order and/or preliminary injunction. [Doc. No. 24]. The motion was referred to Magistrate Judge Timothy P. Greeley for a report and recommendation pursuant to 28 U.S.C. § 636(b)(1)(B) and W.D. Mich. LCivR 72.1. On October 5, 2006, the Magistrate Judge submitted his report and recommendation. [Doc. No. 27]. The Magistrate Judge recommends that the plaintiff's motion be denied. Plaintiff has not timely filed an objection. After reviewing the record, the Court **ACCEPTS and ADOPTS** the report and recommendation pursuant to 28 U.S.C. § 636(b)(1), Fed. R. Civ. P. 72(b), and W.D. Mich. LCivR 72.3(b). The plaintiff's motion for temporary restraining order and/or preliminary injunction. [Doc. No. 24] is **DENIED**.

SO ORDERED.

Dated: December 1 , 2006.

                                                                              /s/    R. Allan Edgar
                                                                     R. ALLAN EDGAR
                                                     UNITED STATES DISTRICT JUDGE