UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

KEVIN HARRIS,

    Plaintiff,

v.                                         Case No. 2:05-cv-198
                                              HON. R. ALLAN EDGAR

NANCY HULKOFF,

    Defendant.

_____/

## OPINION AND ORDER APPROVING MAGISTRATE JUDGE'S

## REPORT AND RECOMMENDATION

The Court has reviewed the Report and Recommendation filed by the United States Magistrate Judge in this action on July 23, 2007. The Report and Recommendation was duly served on the parties. The Court has received objections from plaintiff. In accordance with 28 U.S.C. § 636(b)(1), the Court has performed *de novo* consideration of those portions of the Report and Recommendation to which objection has been made. The Court now finds the objections to be without merit.

THEREFORE, IT IS ORDERED that the Report and Recommendation of the Magistrate Judge (Docket #47) is approved and adopted as the opinion of the Court.

Dated: 8/28/07                                                                                              */s/ R. Allan Edgar*
                                                                                                R. ALLAN EDGAR
                                                                                                UNITED STATES DISTRICT JUDGE